**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **NO.: CR 99-033-06T** |
| | : | |
| **RICHARD DION** | : | |

**MOTION TO HAVE INTEREST WAIVED**
**PURSUANT TO JUDGMENT AND COMMITMENT ORDER**

Now comes the Defendant, Richard A. Dion, by and through his attorney, William J. Murphy and respectfully request that this Court waive any interest that accrued during Defendant's incarceration.

Defendant's date of amended judgment was February 9, 2000. Defendant was committed to a term of imprisonment of sixty-three (63) months. In accordance with Schedule of Payments, Section E, "installments of Two Hundred Fifty-Two and 94/100 ($252.94) over a period of three (3) years to commence upon Defendant's release from imprisonment." See attached judgment P.6E.

The U.S. Attorney's office has mistakenly assessed Mr. Dion with interest during and throughout his incarceration. Mr. Dion has paid his assessment of Two Hundred Fifty-Two and 94/100 ($252.94) regularly since his release from prison on October 16, 2003. Mr. Dion respectfully requests this Court to correctly adjust and/or waive all interest that accrued during his incarceration. See attached Sentencing Transcript P.57, Line 21; P.58 Lines 1-12; and Amended Judgment P.6E.

This Motion is based strictly on a discrepancy in computation implemented by the United States Attorney's Office. It is not based on any legal or statutory mandates. Thus, we have purposely omitted any Memorandum of Law with this Motion.

Respectfully submitted,
Richard Dion,
By his Attorney,

William J. Murphy #4258
MURPHY & FAY, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

**CERTIFICATION**

I, the undersigned hereby certify that I caused to be mailed, via first-class mail, postage prepaid, a true and accurate copy of the within Motion to Assistant United States Attorney, Donald Lockhart, Esquire, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island 02903 on this 4th day of April, 2006.